UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NIKOLAY SHCHERENKOV,

                Petitioner,

  v.

STATE OF WASHINGTON,

                Respondent.

No. C10-5076 RBL/KLS

ORDER DECLINING TO SERVE PETITION AND GRANTING LEAVE TO AMEND

      Petitioner, Nikolay Shcherenkov, is a state prisoner currently incarcerated at the Pierce County Jail, located in Tacoma, Washington. This matter is before the Court on petitioner's petition for writ of habeas corpus filed with this Court pursuant to 28 U.S.C. § 2241. The Court, having reviewed the petition and the balance of the record, hereby finds and **ORDERS:**

      On February 8, 2010, Mr. Shcherenkov filed his petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Dkt. 2. The exhaustion of state court remedies is a prerequisite to the granting of a petition for writ of habeas corpus. 28 U.S.C. § 2254(b)(1). If exhaustion is to be waived, it must be waived explicitly by respondent. 28 U.S.C. § 2254(b)(3). A waiver of exhaustion, thus may not be implied or inferred. A petitioner can satisfy the exhaustion requirement by providing the highest state court with a full and fair opportunity to consider all claims before presenting them to the federal court. *Picard v. Connor*, 404 U.S. 270, 276 (1971); *Middleton v. Cupp*, 768 F.2d 1083, 1086 (9th Cir. 1985). Full and fair presentation of claims to

ORDER DECLING TO SERVE PETITION AND GRANTING LEAVE TO AMEND - 1

the state court requires "full factual development" of the claims in that forum. *Kenney v. Tamayo-Reyes*, 504 U.S. 1, 8 (1992).

It is not enough that all of the facts necessary to support the federal claim were before the state courts, or that a somewhat similar state law claim was made. *Duncan v. Henry*, 513 U.S. 364, 366 (1995) (citing *Picard v. Connor*, 404 U.S. 270 (1971) and *Anderson v. Harless*, 459 U.S. 4 (1982)). A federal claim is "fairly and fully" presented to the state courts if the claim is presented "(1) to the proper forum, (2) through the proper vehicle, and (3) by providing the proper factual and legal basis for the claim." *Insyxiengmay v. Morgan*, 403 F.3d 657, 668 (9th Cir. 2005) (internal citations omitted). The petitioner "must alert the state courts to the fact that he is asserting a federal claim in order to fairly and fully present the legal basis of the claim." *Id.*

The claim must be fairly presented in "each appropriate state court," that is, at each level of state review, so as to alert the state "to the federal nature of the claim," and to give it the "opportunity to pass upon and correct" alleged violations of the petitioner's federal rights. *Baldwin v. Reese*, 541 U.S. 27, 29 (2004) (citations and internal quotation marks omitted); see also *Ortberg v. Moody*, 961 F.2d 135, 138 (9th Cir. 1992). The federal basis of the claim, furthermore, must be made "explicit" in the state appeal or petition, "either by specifying particular provisions of the federal Constitution or statutes, or by citing to federal case law." *Insyxiengmay*, 403 F.3d at 668; *Baldwin*, 541 U.S. at 33.

In his proposed petition for writ of habeas corpus under 28 U.S.C. § 2241, Mr. Shcherenkov indicates that he was sentenced on November 23, 2009 after pleading guilty to third degree assault, and that he did not appeal from the judgment of conviction. Dkt. 2, pp. 1-2 (CM/ECF page numbering).

ORDER DECLING TO SERVE PETITION AND GRANTING LEAVE TO AMEND - 2

In his federal habeas petition, Mr. Shcherenkov argues that he was misinformed and was coerced into a plea bargain. Dkt. 2, p. 5. Mr. Shcherenkov does not, however, indicate that these grounds for relief have been properly exhausted in state court. Specifically, the petition does not show that Mr. Shcherenkov has presented his claims for relief to the Washington Court of Appeals and the Washington State Supreme Court.

Accordingly, the court shall not serve the petition on respondent[s]. In addition, Mr. Shcherenkov shall file by no later than **March 15, 2010**, an amended petition under 28 U.S.C. § 2241 showing that his grounds for federal relief have been properly exhausted in state court or show cause why this matter should not be dismissed.

The Clerk shall send a copy of this Order to Mr. Shcherenkov.

**DATED** this  23rd  day of February, 2010.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER DECLING TO SERVE PETITION AND GRANTING LEAVE TO AMEND - 3