# United States District Court

WESTERN DISTRICT OF WASHINGTON

NIKOLAY SHCHERENKOV,

      v.

STATE OF WASHINGTON,

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER C10-5076 RBL/KLS:

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Court adopts the Report and Recommendation; and

(2) Petitioner's writ of habeas corpus (Dkt. 2) is **DISMISSED WITHOUT PREJUDICE for failure to exhaust state court remedies**

| April 23, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

                                                       *s/ Mary Trent*
                                                       Deputy Clerk